Filing # 136326950 E-Filed 10/11/2021 05:20:19 PM

                                  IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT, IN AND FOR COLUMBIA COUNTY FLORIDA

MICHAEL MARKS,                         CASE NO:

       Plaintiff,

vs.

EDWIN JAMES WILLIS, an individual,
and J.B. HUNT TRANSPORT, INC, a
foreign profit corporation,

       Defendants.
_____/

## COMPLAINT

1. This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest, costs and attorney's fees.

2. At all times material to this action, Plaintiff, MICHAEL MARKS, was a natural person residing in Marion County, Florida.

3. At all times material to this action, Defendant, EDWIN JAMES WILLIS, was a natural person residing in Loganville, Georgia.

4. At all times material to this action, Defendant, J.B. HUNT TRANSPORT, INC., was a foreign profit corporation, principally located and doing business in Lowell, Arkansas.

5. All other conditions precedent to the bringing of this action have been performed, have occurred or have been waived.

6. Venue is proper in Columbia County, Florida, because the subject incident occurred in Columbia County, Florida.

## FACTS COMMON TO ALL COUNTS

7. On or about October 29, 2018, Plaintiff, MICHAEL MARKS, was operating his motor vehicle on Interstate 10 in Lake City, Columbia County, Florida.

8. At that time and place, Defendant, EDWIN JAMES WILLIS, was operating a commercial motor vehicle owned by the Defendant, J.B. HUNT TRANSPORT, INC., on Interstate 10 in Lake City, Columbia County, Florida.

9. At that time and place, Defendant, EDWIN JAMES WILLIS, operated the subject commercial motor vehicle with the full knowledge and the express authority, permission and consent of its owner, J.B. HUNT TRANSPORT, INC.

10. At that time and place, Defendant, EDWIN JAMES WILLIS, was an agent, servant, or employee for Defendant, J.B. HUNT TRANSPORT, INC., acting within the course and scope of his agency, service or employment.

11. At that time and place, Defendant, EDWIN JAMES WILLIS, negligently and carelessly operated and/or maintained his commercial motor vehicle so as to collide with the motor vehicle driven by Plaintiff, MICHAEL MARKS.

12. As a result of the collision caused by the negligence of Defendant, EDWIN JAMES WILLIS, for which Defendant, J.B. HUNT TRANSPORT, INC., is vicariously liable under the laws of the State of Florida, Plaintiff, MICHAEL MARKS, sustained serious and permanent injuries.

## COUNT I – ACTION BY PLAINTIFF FOR NEGLIGENCE AGAINST DEFENDANT, EDWIN JAMES WILLIS

13. Plaintiff, MICHAEL MARKS, adopts and re-alleges Paragraphs 1 through 12 as fully set forth herein.

14. Defendant, EDWIN JAMES WILLIS, was negligent and careless in the operation of his commercial motor vehicle so as to collide with the motor vehicle operated by Plaintiff, MICHAEL MARKS.

15. That as a direct and proximate result of the negligence of Defendant, EDWIN JAMES WILLIS, Plaintiff, MICHAEL MARKS, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, permanent scarring, mental anguish, activation of a latent defect, permanent aggravation of a previously existing condition, loss of capacity for the enjoyment of life, expense of hospitalization, surgical treatment, medical and nursing care and treatment, loss of earnings, and the loss of ability to earn money. The injuries and losses are either permanent or continuing, and the Plaintiff will suffer the losses in the future.

16. Plaintiff, MICHAEL MARKS, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE,** Plaintiff, MICHAEL MARKS, demands judgment for damages against Defendant, EDWIN JAMES WILLIS, for personal injuries including the losses enumerated herein, costs, and for other such relief as may be just, equitable and otherwise deemed proper by the Court.

### COUNT II – ACTION BY PLAINTIFF FOR VICARIOUS NEGLIGENCE AGAINST J.B. HUNT TRANSPORT, INC.

17. Plaintiff, MICHAEL MARKS, adopts and re-alleges Paragraphs 1 through 12 as fully set forth herein.

18. Defendant, J.B. HUNT TRANSPORT, INC., is vicariously liable for the negligence of Defendant, EDWIN JAMES WILLIS, pursuant to the doctrine of Respondeat Superior.

19. Defendant, J.B. HUNT TRANSPORT, INC., is vicariously liable for the negligence of Defendant, EDWIN JAMES WILLIS, pursuant to Florida's Dangerous Instrumentality Doctrine.

20. That as a direct and proximate result of the negligence of Defendant EDWIN JAMES WILLIS, Plaintiff, MICHAEL MARKS, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, permanent scarring, mental anguish, activation of a latent defect, permanent aggravation of a previously existing condition, loss of capacity for the enjoyment of life, expense of hospitalization, surgical treatment medical and nursing care and treatment, loss of earnings, and the loss of ability to earn money. The injuries and losses are either permanent or continuing, and the Plaintiff will suffer the losses in the future.

21. Plaintiff, MICHAEL C. MARKS, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE**, Plaintiff, MICHAEL C. MARKS, demands judgment for damages against Defendant, JB HUNT TRANSPORT, INC., a foreign profit corporation., for personal injuries including the losses enumerated herein, costs, and for other such relief as may be just, equitable and otherwise deemed proper by the Court.

## DEMAND FOR JURY TRIAL

Plaintiff, MICHAEL MARKS, demands a jury trial on all issues so triable on each and every Count set for above.

DATED this 11th day of October, 2021.

Attorneys for Plaintiff:

*/s/ Joseph F. Scarpa, Jr.*
Joseph F. Scarpa, Jr., Esq.
Florida Bar No.: 0351880
Dan Newlin Injury Attorneys
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Ph: (407) 878-1670
Fax: (321) 251-2515

In compliance with Fla. R. Jud. Admin. 2.516, Service Email is:
Joseph.Scarpa@newlinlaw.com
Tanya.Otero@newlinlaw.com
Sharon.White@newlinlaw.com